## United States Bankruptcy Court
## Southern District of New York

In re **BERLIN & DENMAR DISTRIBUTORS. INC.**

Debtor

Case No. _____

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 4,394,491.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 600,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $ 3,367,915.09 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 28 | $ 4,394,491.00 | $ 3,967,915.09 | |

In re:   **BERLIN & DENMAR DISTRIBUTORS. INC.**                              Case No. _____

               Debtor                                                                                          (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

In re   **BERLIN & DENMAR DISTRIBUTORS. INC.** _____   Case No. _____

Debtor                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | | 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT  1501178794  AT SIGNATURE BANK, HUNTS POINT MARKET, BRONX, NY** | | 1,000.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT 1501178787 AT SIGNATURE BANK, HUNTS POINT MARKET, BRONX, NY** | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT 647723794 AT HSBC, HUNTS POINT MARKET, BRONX, NY** | | 2,000.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT 9983185747 AT CITIBANK HUNTS POINT MARKET, BRONX, NY** | | 15,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| | | | | |

In re   **BERLIN & DENMAR DISTRIBUTORS. INC.** _____,   Case No. _____
                       Debtor                                       (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **COOPERATIVE SHARES IN WAREHOUSE AT HUNTS POINT COOPERATIVE MARKET**<br><br>**VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY COURT** | | 1,000,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **ACCOUNTS RECEIVABLE**<br>**SHORT TERM A/R IS $564,034.55**<br><br>**VALUE IS SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | 2,933,826.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **TRADEMARK OF BERLIN & DENMAR DISTRIBUTORS**<br><br>**VALUE IS UNKNOWN AND SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | UNKNOWN |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| | | | | |

In re   **BERLIN & DENMAR DISTRIBUTORS. INC.** _____   Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **CUSTOMER LIST OF BUSINESS** | | **UNKNOWN** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **DESKS, CHAIRS, SOFA, COMPUTER AND CALCULATOR** | | **3,500.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **VARIOUS FREEZERS AND FORKLIFTS**<br><br>**VALUE SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION** | | **15,000.00** |
| 30. Inventory. | | **INVENTORY LOACATED AT PREMISES** | | **423,665.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_   continuation sheets attached                    Total          **$4,394,491.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   BERLIN & DENMAR DISTRIBUTORS. INC.                              ,       Case No. _____
                                                                                               (If known)
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NMHG FINANCIAL <br> PO BOX 643749 <br> PITTSBURGH, PA 15264-3749 | | | VALUE $0.00 | | | | UNKNOWN | 0.00 |
| ACCOUNT NO. <br><br> SIGNATURE BANK <br> 565 FIFTH AVENUE <br> NEW YORK, NY 10017 | X | | Mortgage <br> COOPERATIVE SHARES IN WAREHOUSE AT HUNTS POINT COOPERATIVE MARKET <br><br> VALUE IS ESTIMATED AND SUBJECT TO APPRAISAL BY COURT <br><br> VALUE $1,000,000.00 | X | | | 450,000.00 | 0.00 |
| ACCOUNT NO. <br><br> SIGNATURE BANK <br> 565 FIFTH AVENUE <br> NEW YORK, NY  10017 | X | | LINE OF CREDIT <br> ACCOUNTS RECEIVABLE <br> SHORT TERM A/R IS $564,034.55 <br><br> VALUE IS SUBJECT TO APPRAISAL BY A COURT OF COMPETENT JURISDICTION <br><br> VALUE $2,933,826.00 | | | | 150,000.00 | 0.00 |

0     continuation sheets
      attached

                              Subtotal ➤                                    $     600,000.00  $          0.00
                              (Total of this page)

                              Total ➤                                        $     600,000.00  $          0.00
                              (Use only on last page)

                              (Report also on Summary of    (If applicable, report
                              Schedules)                    also on Statistical
                                                            Summary of Certain
                                                            Liabilities and
                                                            Related Data.)

In re     **BERLIN & DENMAR DISTRIBUTORS. INC.**          Case No. _____

                    Debtor                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

      Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

      Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

      * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**In re**    **BERLIN & DENMAR DISTRIBUTORS. INC.**       **Case No.** _____

                             Debtor                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114** | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**NEW YORK STATE DEPARTMENT OF FINANC BANKRUPTCY/SPECIAL PROCEDURES SECT P.O. BOX 5300 ALBANY, NY 12205-0300** | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br>**NYC DEPARTMENT OF FINANCE ATTN: LEGAL AFFAIRS - DEVORA COHN 345 ADAMS STREET, 3RD FL BROOKLYN, NY 11201** | | | FOR NOTICE PURPOSES ONLY | X | X | X | 0.00 | 0.00 | $0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➢ (Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ➢
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ 0.00 | | |
|---|---|---|

Total ➢
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ 0.00 | $ 0.00 |
|---|---|---|

In re    **BERLIN & DENMAR DISTRIBUTORS. INC.**                    Case No. _____
_____                                    **(If known)**
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**AFFCO**<br>**8160 BAY MEADOWS WAY WEST**<br>**SUITE 150**<br>**JACKSONVILLE, FL** | | | | | | | 42,279.08 |
| ACCOUNT NO.<br><br>**AL AND JOHN INC.**<br>**444 MARSHALL STREET**<br>**PATERSON, NJ 07503** | | | | | | | 1,147.99 |
| ACCOUNT NO.<br><br>**AMERICAN FOODS GROUP**<br>**PO BOX 578**<br>**ALEXANDRIA, MN 56308** | | | | | | | 17,042.18 |
| ACCOUNT NO.<br><br>**APJ MEATS, INC.**<br>**183 LANDRUM LANE**<br>**SUITE 204**<br>**PONTE VEDRA BEACH, FL 32082** | | | | | | | 79,331.93 |
| ACCOUNT NO.<br><br>**ARMOUR SPECIALTY MARKETING**<br>**CONAGRA FOOD INGREDIENTS**<br>**12403 COLLECTIONS CENTER D**<br>**CHICAGO, IL 60693** | | | | | | | 1,094.40 |

<u>18</u>   Continuation sheets attached

Subtotal ➤ $ 140,895.58

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **BERLIN & DENMAR DISTRIBUTORS. INC.**
_____     Case No. _____
        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**ARMOUR-ECKRICH MEATS** <br>**146222 COLLECTIONS CENTER D** <br>**CHICAGO, IL  60693** | | | | | | | 23,260.99 |
| ACCOUNT NO. <br><br>**ARNOLDS MEAT** <br>**274 HEYWARD STREET** <br>**BROOKLYN, NY  11206** | | | | | | | 2,027.40 |
| ACCOUNT NO. <br><br>**AVA PORK PRODUCT** <br>**1100 FLUSHING AVENUE** <br>**BROOKLYN, NY  11237** | | | | | | | 6,713.60 |
| ACCOUNT NO. <br><br>**BELLBOY IMPORT CORP.** <br>**2220 FLORIDA AVENUE SOUTH** <br>**ST. LOUIS, MN  55426** | | | | | | | 56,166.05 |
| ACCOUNT NO. <br><br>**BERWICK INTERNATIONAL** <br>**223 MAIN STREET** <br>**CHATHAM, NJ  07928** | | | | | | | 16,815.00 |

Sheet no. _1_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    $ 104,983.04

Total    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **BERLIN & DENMAR DISTRIBUTORS. INC.**                                    Case No. _____
_____                                              (If known)
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 953.68 |
| **BEST PROVISION** **144 AVON AVENUE** **NEWARK, NJ 07108** | | | | | | | |
| ACCOUNT NO. | | | | | | | 811.34 |
| **BIG RED LTL TRANSPORT INC.** **PO BOX 88** **GREAT MEADOWS, NJ 07838** | | | | | | | |
| ACCOUNT NO. | | | | | | | 5,348.19 |
| **BRODY INTERNATIONAL** **1356 ARBORDALE ROAD** **WYNNEWOOD, PA 19096** | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,037.75 |
| **C&C MEATS** **BLDG. F-4 HUNTS POINT CO-OP** **BRONX, NY 10474** | | | | | | | |
| ACCOUNT NO. | | | | | | | 120,640.35 |
| **CAGLE'S INC.** **PO BOX 1070** **CHARLOTTE, NC 28201** | | | | | | | |

Sheet no. _2_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $        130,791.31

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>BERLIN & DENMAR DISTRIBUTORS. INC.</u>       Case No. _____
                        Debtor                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CARGILL FOOD DISTRIBUTION** <br> **PO BOX 428** <br> **BRIDGEPORT, NJ 08014** | | | | | | | 19,437.23 |
| ACCOUNT NO. <br><br> **CASING ASSOCIATES** <br> **1120 CLOSE AVENUE** <br> **BRONX, NY 10472** | | | | | | | 4,170.00 |
| ACCOUNT NO. <br><br> **CIBAO MEAT** <br> **630 ST. ANN'S AVENUE** <br> **BRONX, NY 10455** | | | | | | | 5,224.90 |
| ACCOUNT NO. <br><br> **CIRCLE CHEESE LLC** <br> **21 GREENWAY SOUTH** <br> **WEST HEMPSTEAD, NY 11552** | | | | | | | 3,486.10 |
| ACCOUNT NO. <br><br> **CIRCLE FOOD** <br> **21 GREENWAY SOUTH** <br> **WEST HEMPSTEAD, NY 11552** | | | | | | | 28,537.44 |

Sheet no. <u>3</u> of <u>18</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal  ➤  $        60,855.67

                                             Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   <u>BERLIN & DENMAR DISTRIBUTORS. INC.</u>          Case No. _____
                          Debtor                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 22,494.83 |
| **COLORADO FOOD** 711 E. BELLEVIEW AVENUE SUITE 204 GREENWOOD VILLAGE, CO 80111 | | | | | | | |
| ACCOUNT NO. | | | | | | | 42,250.31 |
| **COUNTRY FRESH AMERICA INC** PO BOX 1614 ZEPHYR COVE, NV 89448 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,965.72 |
| **DAVID MOSNER** BLDG E8 HUNTS POINT CO-OP MKT BRONX, NY 10474 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,387.29 |
| **DE LAGE LANDEN** PO BOX 41602 PHILADELPHIA, PA 19101 | | | | | | | |
| ACCOUNT NO. | | | | | | | 11,952.56 |
| **EMPIRE HEALTH CHOICE HMO** PO BOX 11532A NEW YORK, NY 10286 | | | | | | | |

Sheet no. <u>4</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          83,050.71

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **BERLIN & DENMAR DISTRIBUTORS. INC.**                    Case No. _____
                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 602.76 |
| FEDEX PO BOX 371461 PITTSBURGH, PA 15250 | | | | | | | |
| ACCOUNT NO. | | | | | | | 12,850.01 |
| FERRIS STAHL MEYER 1560 BOONE AVENUE BRONX, NY 10460 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,241.50 |
| FOOD DIRECT BLDG 6 BRONX, NY 11385 | | | | | | | |
| ACCOUNT NO. | | | | | | | 30,320.75 |
| FOOD NATION 47-05 METROPOLITAN AVENUE RIDGEWOOD, NJ 11385 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,338.70 |
| FREEZPAK LOGISTICS 162 RAILROAD AVENUE PATERSON, NJ 07501 | | | | | | | |

Sheet no. _5_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    48,353.72

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __BERLIN & DENMAR DISTRIBUTORS. INC._____    Case No. _____
                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| G&C FOODS PO BOX 937 SYRACUSE, NY 13201 | | | | | | | 123,934.89 |
| ACCOUNT NO. | | | | | | | |
| GAUPP MEATS PO BOX 21776 PHILADELPHIA, PA 19146 | | | | | | | 39,197.42 |
| ACCOUNT NO. | | | | | | | |
| GEORGE'S FOOD PO BOX 2030 SPRINGDALE, AR 72 | | | | | | | 71,154.20 |
| ACCOUNT NO. | | | | | | | |
| GREEN VILLAGE PACKING BRITTEN ROAD PO BOX 204 GREEN VILLAGE, NJ 07935 | | | | | | | 9,773.75 |
| ACCOUNT NO. | | | | | | | |
| HANSEL & GRETEL 79-36 COOPER AVENUE GLENDALE, NY 11385 | | | | | | | 7,438.55 |

Sheet no. _6_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 251,498.81

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __BERLIN & DENMAR DISTRIBUTORS. INC.__      Case No. _____

                         Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 149,610.51 |
| HATFIELD INC PO BOX 800 HATFIELD, PA 19440-0800 | | | | | | | |
| ACCOUNT NO. | | | | | | | 44,602.86 |
| HERFURTH BROTHERS RT 209 GILBERT, PA 18331 | | | | | | | |
| ACCOUNT NO. | | | | | | | 23,510.75 |
| HUNTS POINT CO-OP MARKET 355 FOOD CENTER DRIVE BRONX, NY 10474 | | | | | | | |
| ACCOUNT NO. | | | | | | | 102,251.10 |
| INDIANA PACKERS CORP PO BOX 667004 INDIANAPOLIS, IN 46266 | | | | | | | |
| ACCOUNT NO. | | | | | | | 135,508.82 |
| JBS DISTRIBUTION 249 ALLENTOWN ROAD SOUDERTON, PA 18964 | | | | | | | |

Sheet no. _7_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                             Subtotal   $           455,484.04

                                             Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __BERLIN & DENMAR DISTRIBUTORS. INC.__         Case No. _____
                       Debtor                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 16,660.00 |
| KINGSLAND FOODS 58-51 MASPETH AVENUE MASPETH, NY 11378 | | | | | | | |
| ACCOUNT NO. | | | | | | | 28,962.76 |
| LADY FOREST FARMS PO DRAWER D FOREST, MS 39074 | | | | | | | |
| ACCOUNT NO. | | | | | | | 77,797.47 |
| LANCASTER QUALITY PORK 5600 1ST AVENUE BROOKLYN, NY 11220 | | | | | | | |
| ACCOUNT NO. | | | | | | | 10,050.49 |
| LAUBSCHER CHEESE CO. 1468 N. PERRY HIGHWAY MERCER, PA 16137-9516 | | | | | | | |
| ACCOUNT NO. | | | | | | | 110,760.34 |
| LAWRENCE WHOLESALE 45 WILSON AVENUE ENGLISHTOWN, NJ 07726 | | | | | | | |

Sheet no. _8_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      $       244,231.06

Total      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   <u>BERLIN & DENMAR DISTRIBUTORS. INC.</u>          Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **LEIDY'S INC.** <br> **PO BOX 2** <br> **HARLEYVILLE, PA 19438** | | | | | | | 14,699.93 |
| ACCOUNT NO. <br><br> **LIND BRAND PRODUCTS** <br> **307 PONDSIDE DRIVE** <br> **WHITE PLAINS, NY 10607** | | | | | | | 4,973.70 |
| ACCOUNT NO. <br><br> **LJ CAMPBELL** <br> **BLDG. D6** <br> **HUNTS POINT CO-OP MARKET** <br> **BRONX, NY 10474** | | | | | | | 2,321.42 |
| ACCOUNT NO. <br><br> **LOUIS STENDARDI** <br> **1533 BATH AVENUE** <br> **BROOKLYN, NY 11228** | | | | | | X | 160,416.91 |
| ACCOUNT NO. <br><br> **MARITIME FISH PRODUCT** <br> **330 MANIDA STREET** <br> **BRONX, NY 10474** | | | | | | | 11,910.00 |

Sheet no. <u>9</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   194,321.96

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>BERLIN & DENMAR DISTRIBUTORS. INC.</u>          Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,362.72 |
| **MARKET DISTRIBUTERS** **BLDG A** **HUNTS POINT CO-OP MARKET** **BRONX, NY 10474** | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,513.94 |
| **MEAT INNOVATIONS** **E-E HUNTS POINT CO-OP MKT** **BRONX, NY 10474** | | | | | | | |
| ACCOUNT NO. | | | | | | | 19,508.83 |
| **MENDON TRUCK LEASING** **362 KINGSLAND AVENUE** **BROOKLYN, NY 11222** | | | | | | | |
| ACCOUNT NO. | | | | | | | 823.90 |
| **MOORE'S** **B-20 HUNTS POINT CO-OP MARKET** **BRONX, NY 10474** | | | | | | | |
| ACCOUNT NO. | X | | | | | | 204,166.92 |
| **MOUNTAIRE FARMS** **PO BOX 520** **SELBYVILLE, DE 19975** | | | | | | | |

Sheet no. <u>10</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ 228,376.31

Total $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  __BERLIN & DENMAR DISTRIBUTORS. INC.__     Case No. _____
                     Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MRS RESSLERS<br>PO BOX 5717<br>PHILADELPHIA, PA 19120 | | | | | | | 3,225.21 |
| ACCOUNT NO.<br><br>MURRAY BERKOWITZ<br>E-10 HUNTS POINT CO-OP MARKET<br>BRONX, NY 10474 | | | | | | | 446.54 |
| ACCOUNT NO.<br><br>N. WINER & SONS, INC.<br>207 LIBERTY STREET<br>SPRINGFIELD, MA 01104 | | | | | | | 2,875.57 |
| ACCOUNT NO.<br><br>NAFFCO<br>7901 OCEANO AVENUE<br>JESSUP, MD 20794 | | | | | | | 15,689.00 |
| ACCOUNT NO.<br><br>NEBRASKALAND<br>BLDG E-15 HUNTS POINT CO-OP<br>BRONX, NY 10474 | | | | | | | 94,545.35 |

Sheet no. _11_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $     116,781.67

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  BERLIN & DENMAR DISTRIBUTORS. INC.                    Case No. _____
                            Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 6,970.95 |
| NELMS EGG DEPOT 1144 BRONX RIVER AVENUE BRONX, NY 10472 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,133.90 |
| ON POINT FUEL 1317 OAKPOINT AVENUE BRONX, NY 10474 | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,325.80 |
| ORAZIO & SONS 5600 FIRST AVENUE BROOKLYN, NY 11220 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,067.02 |
| PLAUT & STERN BLDG. D9 HUNTS POINT CO-OP MARKET BRONX, NY 10474 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,290.50 |
| PORK KING BLDG D9 HUNTS POINT CO-OP MARKET BRONX, NY 10474 | | | | | | | |

Sheet no. 12 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ⟋ $              15,788.17

Total ⟋ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __BERLIN & DENMAR DISTRIBUTORS. INC.__                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **PORKY PRODUCTS** <br> PO BOX 18057 <br> NEWARK, NJ 07191 | | | | | | | 163,684.49 |
| ACCOUNT NO. <br><br> **PREFERRED FREEZER NEWARK** <br> 360 AVENUE P <br> NEWARK, NJ 07105 | | | | | | | 86.72 |
| ACCOUNT NO. <br><br> **Q-TEL** <br> PO BOX 234442 <br> GREAT NECK, NY 11023 | | | | | | | 1,018.54 |
| ACCOUNT NO. <br><br> **RAY MILLAN** <br> 80 S. CHERRY VALLEY AVENUE <br> WEST HEMPSTEAD, NY 11552 | | | | | | X | 350,707.70 |
| ACCOUNT NO. <br><br> **READY RAW** <br> 1 ETHEL BLVD. <br> WOODBRIDGE, NJ 07075 | | | | | | | 4,032.00 |

Sheet no. 13 of 18 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 519,529.45

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  <u>BERLIN & DENMAR DISTRIBUTORS. INC.</u>                    Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ROBINSON & HARRISON <br> PO BOX 2615 <br> SALISBURY, MD 21802 | | | | | | | 61,321.80 |
| ACCOUNT NO. <br><br> RYDING REGENCY <br> 70 GLEN SCARLET ROAD <br> TORONTO, ON M6N 1P4 <br> CANADA | | | | | | | 37,012.71 |
| ACCOUNT NO. <br><br> SAVAGE POULTRY <br> PO BOX 315 <br> LITITZ, PA 17543 | | | | | | | 31,343.14 |
| ACCOUNT NO. <br><br> SIOUX PREME PACKING <br> DEP CH 19055 <br> PALANTINE, IL  60055-9055 | | | | | | | 51,281.71 |
| ACCOUNT NO. <br><br> SPRINT <br> PO BOX 105243 <br> ATLANTA, GA 30348 | | | | | | | 640.16 |

Sheet no. <u>14</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                181,599.52

Total  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **BERLIN & DENMAR DISTRIBUTORS. INC.**                     Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 13,227.12 |
| **ST. HELEN'S MEAT PACKERS** <br> **1 GLENN SCARLET ROAD** <br> **TORONTO, ON** <br> **N6N1P5 CANADA** | | | | | | | |
| ACCOUNT NO. | | | | | | | 36,237.60 |
| **STAR FOOD** <br> **2853 EXECUTIVE PARK DRIVE** <br> **SUITE 105** <br> **WESTON, FL  33331** | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,748.33 |
| **STATE INSURANCE FUND** <br> **WORKERS COMPENSATION FUND** <br> **PO BOX 5262** <br> **BINGHAMTON, NY 13902** | | | | | | | |
| ACCOUNT NO. | | | | | | | 139,173.28 |
| **TIMBERLAKE FOODS** <br> **PO BOX 3101** <br> **TUPELO, MS  38803** | | | | | | | |
| ACCOUNT NO. | | | | | | | 3,319.42 |
| **TIP TOP** <br> **PO BOX 281954** <br> **ATLANTA, GA 30384** | | | | | | | |

Sheet no. _15_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal     $         195,705.75

Total     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __BERLIN & DENMAR DISTRIBUTORS. INC.__          Case No. _____
                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **TORRY HARRIS 536 FAYETTE STREET PERTH AMBOY, NJ 08861** | | | | | | | 5,664.00 |
| ACCOUNT NO. | | | | | | | |
| **TROPICAL CHEESE PO BOX 1357 PERTH AMBOY, NJ 08862** | | | | | | | 103,630.15 |
| ACCOUNT NO. | | | | | | | |
| **TYSON FRESH MEATS JP MORGAN-TYSON FRESH MEATS 140 CHARLES W. GRANT PKWY ATLANTA, GA 30354** | | | | | | | 36,701.49 |
| ACCOUNT NO. | | | | | | | |
| **UFCW LOCAL 342 PO BOX 328 MINEOLA, NY 11501** | | | ARBITRATION AWARD | X | | X | UNKNOWN |
| ACCOUNT NO. | | | | | | | |
| **UFCW LOCAL342 PO BOX 328 MINEOLA, NY 11501** | | | | | | | 608.20 |

Sheet no. _16_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ⌐ $   146,603.84

Total ⌐ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **BERLIN & DENMAR DISTRIBUTORS. INC.**          Case No. _____
                       Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 386.22 |
| US MEATS COMPANY D2 HUNTS POINT CO-OP MARKET BRONX, NY 10474 | | | | | | | |
| ACCOUNT NO. | | | | | | | 11,782.00 |
| UTICA NATIONAL INSURANCE BILLING DEPT. PO BOX 6532 UTICA, NY 13504-6532 | | | | | | | |
| ACCOUNT NO. | | | | | | | 51,574.87 |
| VISTA FOOD EXCHANGE BLDG B101 HUNTS POINT CO-OP BRONX, NY 10474 | | | | | | | |
| ACCOUNT NO. | | | | | | | 64,265.71 |
| WAYBEST FOODS COUNTY DISTRIBUTORS INC. 1510 ROUTE 5, PO BOX 53 SOUTH WINDSOR, CT 06074 | | | | | | | |
| ACCOUNT NO. | | | | | | | 43,367.16 |
| WEINSTEIN PO BOX 415468 BOSTON, MA 02241 | | | | | | | |

Sheet no. _17_ of _18_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                         Subtotal   $      171,375.96

                                            Total   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   <u>**BERLIN & DENMAR DISTRIBUTORS. INC.**</u>       Case No. _____
                          Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**WESTERN WHOLESALE MEATS**<br>**F-4 HUNTS POINT CO-OP MKT**<br>**BRONX, NY 10474** | | | | | | | 8,565.33 |
| ACCOUNT NO.<br><br>**WOLVERINE PACKING**<br>**PO BOX 79001**<br>**DETROIT, MI 48279** | | | | | | | 60,197.19 |
| ACCOUNT NO.<br><br>**WORLD WIDE FISH**<br>**F-5 HUNTS POINT CO-OP MKT**<br>**BRONX, NY 10474** | | | | | | | 8,926.00 |

Sheet no. <u>18</u> of <u>18</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                 Subtotal   $       77,688.52

                                   Total   $   3,367,915.09

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:   **BERLIN & DENMAR DISTRIBUTORS. INC.** _____,   Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ACTIVE DIGITAL SOLUTIONS, INC.<br>150 S. TERRACE AVENUE<br>MOUNT VERNON, NY 10550 | LEASE OF COPIER |
| DE LAGE LANDEN<br>PO BOX 41602<br>PHILADELPHIA, PA  19101 | LEASE OF THREE FORK LIFTS |
| HUNTS POINT COOPERATIVE MARKET<br>C101<br>355 FOOD CENTER DRIVE<br>BRONX, NY 10474 | PROPRIETARY LEASE ON COMMERCIAL COOP |
| MENDON TRUCK LEASING<br>840 GARRISON AVENUE<br>BRONX, NY  10474 | LEASE OF COMMERCIAL TRUCK |
| NISSAN<br>P.O. BOX 17123<br>BALTIMORE, MD 21297 | LEASE OF NISSAN SENTRA |

In re: **BERLIN & DENMAR DISTRIBUTORS. INC.**
_____,
                                    Debtor

Case No. _____
                          (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **LEE GROSS**<br>**59 CEDAR LANE**<br>**CLOSTER, NJ 07624**<br><br>**MICHAEL TULIMER**<br>**50 HANSON LANE**<br>**NEW ROCHELLE, NY 10804**<br><br>**NORMAN MILEKOWSKI**<br>**7 STERLING COURT**<br>**FAIRFIELD, CT 07004** | **HATFIELD INC**<br>**PO BOX 800**<br>**HATFIELD, PA  19440-0800** |
| **LEE GROSS**<br>**59 CEDAR LANE**<br>**CLOSTER, NJ 07624**<br><br>**MICHAEL TULIMER**<br>**50 HANSON LANE**<br>**NEW ROCHELLE, NY 10804**<br><br>**NORMAN MILEKOWSKI**<br>**7 STERLING COURT**<br>**FAIRFIELD, CT 07004** | **MOUNTAIRE FARMS**<br>**PO BOX 520**<br>**SELBYVILLE, DE  19975** |
| **LEE GROSS**<br>**59 CEDAR LANE**<br>**CLOSTER, NJ**<br>**07624** | **SIGNATURE BANK**<br>**565 FIFTH AVENUE**<br>**NEW YORK, NY 10017** |
| **LEE GROSS**<br>**59 CEDAR LANE**<br>**CLOSTER, NJ 07624** | **SIGNATURE BANK**<br>**565 FIFTH AVENUE**<br>**NEW YORK, NY  10017** |
| **MICHAEL TULIMER**<br>**50 HANSON LANE**<br>**NEW ROCHELLE, NY**<br>**10804** | **SIGNATURE BANK**<br>**565 FIFTH AVENUE**<br>**NEW YORK, NY 10017** |
| **MICHAEL TULIMER**<br>**50 HANSON LANE**<br>**NEW ROCHELLE, NY 10804** | **SIGNATURE BANK**<br>**565 FIFTH AVENUE**<br>**NEW YORK, NY  10017** |
| **NORMAN MILEKOWSKI**<br>**7 STERLING COURT**<br>**FAIRFIELD, CT**<br>**07004** | **SIGNATURE BANK**<br>**565 FIFTH AVENUE**<br>**NEW YORK, NY 10017** |
| **NORMAN MILEKOWSKI**<br>**7 STERLING COURT**<br>**FAIRFIELD, CT 07004** | **SIGNATURE BANK**<br>**565 FIFTH AVENUE**<br>**NEW YORK, NY  10017** |

In re  BERLIN & DENMAR DISTRIBUTORS, INC.                            Case No. _____
         Debtor                                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I NORMAN MILEKOWSKI, the VICE PRESIDENT of the Corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  29 _____ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___10|20|10___                          Signature: X_____
                                                               NORMAN MILEKOWSKI VICE PRESIDENT
                                                               [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*